■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. DUNCAN, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, typewritten briefs, Francis J. Offerman, Jr., Esq. assigned as

attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court, this motion being considered by us as returnable May 3, 1960.